DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**OMAR BAILEY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-2677

[June 10, 2021]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrew L. Siegel, Judge; L.T. Case No. 14-005351CF10A.

Susanne K. Sichta and Richard A. Sichta of The Sichta Firm, LLC, Jacksonville, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CONNER and KUNTZ, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***